IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Accor Franchising North America,  :
LLC,

                           :     Civil Action 2:07-cv-399

         Plaintiff

                           :     Judge Marbley

   v.

                           :     Magistrate Judge Abel

Devotee Corp.,

                           :

         Defendant

**ORDER**

This matter is before the Court on Magistrate Judge Abel's August 13, 2008

Report and Recommendation that plaintiff Red Roof Franchising, LLC's January 29,

2008 motion for default judgment (doc. 24) be granted in part.  No objections were filed

to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B),

the Court **ADOPTS** the Report and Recommendation and GRANTS in part plaintiff

Red Roof Franchising, LLC's January 29, 2008 motion for default judgment (doc. 24).

The Clerk of Court is DIRECTED to enter JUDGMENT in favor of plaintiff Red

Roof Franchising in the amount of $25,435.06 for past due accounts receivable, required

monthly royalty fees, reservation fees, and other amounts due;  $63,026.10 in liquidated

damages; $9129.50 in attorney fees; and $550.00 in court costs. Plaintiff is also entitled to

interest on the outstanding fees accrued at 18% per annum.  This action is hereby

DISMISSED.

                                             _s/Algenon L. Marbley_____
                                           Algenon L. Marbley
                                           United States District Judge