**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Accor Franchising North America, LLC, | : | |
| | : | Civil Action 2:07-cv-399 |
| Plaintiff | : | Judge Marbley |
| v. | : | Magistrate Judge Abel |
| Devotee Corp., | : | |
| Defendant | | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 4, 2008 Order, the Report and Recommendation is ADOPTED. JUDGMENT in favor of plaintiff Red Roof Franchising in the amount of $25,435.06 for past due accounts receivable, required monthly royalty fees, reservation fees, and other amounts due;  $63,026.10 in liquidated damages; $9129.50 in attorney fees; and $550.00 in court costs. Plaintiff is also entitled to interest on the outstanding fees accrued at 18% per annum.  This action is hereby DISMISSED.

Date: **September 4, 2008**           **James Bonini, Clerk**

                                            s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk